*JAMES A. SAVILLE, JR. (JS-4835)*
*CHRISTOPHER M. PANAGOS (CP-2199)*
*HILL RIVKINS & HAYDEN LLP*
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

**JUDGE BAER**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 6837**

---------------------------------X
PT JAWA TIRTAMARIN,                :

        Plaintiff,          :    Index No.:
                                        **07 CV _____ (    )**
- Against -                        :

                                        **RULE 7.1 STATEMENT**
PT PERTALAHAN ARNEBATARA NATUNA    :

        Defendants.        :
---------------------------------X

RECEIVED JUL 30 2007 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Fed. R. Civ. P. 7.1 Plaintiff, PT Jawa Tirtamarin, by and through its attorneys, Hill Rivkins & Hayden LLP, certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held:

          **Jaya Holdings, Ltd.**

Dated:  New York, New York
        July 30, 2007

            HILL RIVKINS & HAYDEN LLP
            Attorneys for Plaintiff

            By: _/s/ Christopher M. Panagos_____
            James A. Saville, Jr. (JS-4835)
            Christopher M. Panagos (CP-2199)
            45 Broadway
            New York, New York 10006
            (212) 669-0600