*JAMES A. SAVILLE, JR. (JS-4835)*
*CHRISTOPHER M. PANAGOS (CP-2199)*
*HILL RIVKINS & HAYDEN LLP*
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600


*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
- - - - - - - - - - - - - - - - - -X
PT JAWA TIRTAMARIN,                 :
                                          Index No.:
              Plaintiff,            :
                                          07 CV ____ (HB)
     - Against -                    :
                                          **PANAGOS AFFIRMATION**
PT PERTALAHAN ARNEBATARA NATUNA     :   **PURSUANT TO RULE (B)**

              Defendants.           :
- - - - - - - - - - - - - - - - - -x


   I Christopher M. Panagos, hereby affirm as follows:


   1.  I am an associate of Hill Rivkins & Hayden LLP, attorneys for Plaintiff herein and admitted to practice before this Honorable Court.


   2.  This Affirmation is submitted pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.


   3.  Based upon the results of my investigation as set forth herein, I am firmly convinced that the defendant, PT

Pertalahan Arnebatara Natuna, is a corporation or other business entity which cannot be "found" within this District for the purpose of an attachment under Rule B.

4. I contacted the office of the New York Department of State, Division of Corporations on July 30, 2007, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for corporations named "PT Pertalahan Arnebatara Natuna" The search result indicated that it is not a New York corporation, nor is it licensed, authorized or registered to do business in the State of New York as either a domestic or foreign corporation.

5. I consulted with Directory Assistance for New York on July 30, 2007 for area codes (212), (718), (914), (646), and toll-free listings and no listing for PT Pertalahan Arnebatara Natuna was located.

6. I reviewed the Transportation Telephone Tickler business directory, 2006 Edition (Vol. 1 New York Metropolitan Area), published by the Journal of Commerce, and no listing was found for PT Pertalahan Arnebatara Natuna.

7. I accessed on July 30, 2007, through Microsoft Internet Explorer and Google Search engines the Yellow Pages telephone directory database and found no listing in that database for any office or agent of PT Pertalahan Arnebatara Natuna in the State of New York.

8. I accessed the Yahoo and Google search engines and conducted searches for PT Pertalahan Arnebatara Natuna. No website was found to be maintained by PT Pertalahan Arnebatara Natuna.

9. Based upon the foregoing, it is respectfully submitted that defendant PT Pertalahan Arnebatara Natuna cannot be "found" within this District within the meaning of Rule B, thus, justifying issuance of an order of attachment against the assets of defendant PT Pertalahan Arnebatara Natuna as may be found within this District up to and including the amount of the claim as specified in the Verified Complaint.

I hereby confirm under the penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2007

_____
Christopher M. Panagos (CP-2199)