USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -

PT JAWA TIRTAMARIN,

          Plaintiff,   :

   - Against -   :

PT PERTALAHAN ARNEBATARA NATUNA   :

          Defendants.   :
- - - - - - - - - - - - - - - - - -x

Index No.:

07 CV 6837 (HB)

ORDER DIRECTING CLERK TO ISSUE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Upon reading and filing the Verified Complaint of the Plaintiff herein, verified on the 30th day of July, 2007, and the Affirmation of Christopher M. Panagos, sworn to on the 30th day of July, 2007, that to the best of his information and belief Defendant PT Pertalahan Arnebatara Natuna cannot be found within this District for the purpose of an attachment under Supplemental Rule B(1), and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist;

It is on this 30th day of July 2007;

**O R D E R E D** that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and

Garnishment for seizure of all assets of the Defendants as described therein in the possession, custody or control of, or being transferred through,

JPMorgan Chase Bank NA, Citibank NA, American Express Bank Ltd., Bank of America, Bank of New York, Deutsche Bank, HSBC, BNP Paribas, Wachovia Bank NA, ABN Amro, Atlantic Bank of NY, Standard Chartered Bank, Bank of Communications, The Bank of East Asia (USA) NY, Bank of China, Shanghai Commercial Bank Ltd., Bank of Tokyo-Mitsubishi, Bank of India, Barclays Bank, Calyon, Credit Suisse, Rabobank, Wells Fargo Bank, US Bank, UBS, Nordea Bank Finland PLC,

and/or any other garnishee(s) on whom a copy of the Order of Attachment may be served, in the amount of $905,103.73 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**O R D E R E D** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further order of the Court; and it is further

**O R D E R E D** that any person claiming an interest in the property attached, garnished and arrested pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**O R D E R E D** that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

**O R D E R E D** that pursuant to Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure each garnishee may consent, in writing, to accept service by any other means.

Dated:   New York, New York   7/30/07

_____
UNITED STATES DISTRICT JUDGE