USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
PT JAWA TIRTAMARIN,

        Plaintiff,   :  Index No.:
                            07 CV 6837 (HB)

  - Against -        :  ORDER APPOINTING SPECIAL
                                PROCESS SERVER PURSUANT
                       :  TO RULE 4(c)

PT PERTALAHAN ARNEBATARA NATUNA  :

        Defendants.     :
- - - - - - - - - - - - - - - - - -x

Upon the application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon reading and filing the Affirmation of Christopher M. Panagos, sworn to on July 30, 2007, and good cause having been shown, it is on this 30 day of July, 2007.

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal, be and hereby is appointed to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any Interrogatories, upon the garnishee(s) who may hold assets for,

or on account of, Defendant PT Pertalahan Arnebatara Natuna; and it is further

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, Defendant PT Pertalahan Arnebatara Natuna.

Dated:  New York, New York
        7/30/07

_____
UNITED STATES DISTRICT JUDGE