

# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699   e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

October 2, 2007

<u>Via facsimile: 212-805-7901</u>
(2 pages)

Honorable Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
New York, NY  10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

RECEIVED
OCT 02 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

RE:  **PT JAWA TIRTAMARIN V.**
     **PT PERTALAHAN**
     Docket No.: 07 CV 6837
     Our File No.: 29582-JAS/CMP

Dear Judge Baer:

We are attorneys for Plaintiff with respect to the captioned matter. We write to request that the initial Pre-Trial Conference scheduled for this Thursday, October 4, 2007 at 2:00 p.m., be adjourned.

This is a matter commenced by Plaintiff seeking to attach funds and property of the Defendant located in the Southern District pursuant to Supplemental Admiralty & Maritime Rule B and in aid of enforcing a foreign arbitral award.

To date, $85,000 of Defendant's assets have been attached, whereas the complaint prays for $905,103.73. Defendant has been notified and is fully aware of the attachment and this lawsuit. A legal officer of the Defendant has been in contact with our office and we have twice suggested that it obtain legal counsel, but to our knowledge Defendant has not done so.

As Defendant has not yet appeared to contest the attachment or answer the complaint we believe that a Pre-Trial Conference at this time would be premature. We therefore respectfully request that the Pre-Trial Conference be adjourned until the Defendant appears in this action or until such other time as the court deems proper.

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300  Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515  Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274  Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Of Counsel:
Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 859-4910  Fax: (916) 859-4911

October 2, 2007
Page 2

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

*Christopher M. Panagos*

Christopher M. Panagos

cc:

via email: taufik@bhm-corp.com
Mr. Taufik Karnadi
PT Pertalahan Arnebatara Natuna
*Defendant*

[Handwritten annotation from the court:]

You apparently have a mind of your own then I do — docket includes many cases off my — different than this. Where apparently to do so — in this instance it would seem that a default should happen + if you want an adjournment of the 1st conf to answer that overall and from that is not the point. His Stath Tornando adjournment denied

SO ORDERED:
*Harold Baer, Jr., U.S.D.J.*
Date: 10/3/07

Endorsement:

    You apparently have a different agenda than I do - mine includes moving cases off my docket where appropriate to do so in this instance it would seem that a default is what should happen and if you want an adjournment of the time to answer that generally comes from the defendant not the plaintiff. Let's talk tomorrow - adjournment denied.