

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PT JAWA TIRTAMARIN,
                Plaintiff,

-V-

PT PERTALAHAN ARNEBATARA NATUNA
                Defendants.

**CERTIFICATE OF MAILING**

07 CIV 6837 (HB)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**16th day of October, 2007**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**30th day of July, 2006**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8636 3996 6115**

_____
CLERK

Dated: New York, NY



# HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500, New York, NY 10006-3739    Tel: (212) 669-0600
Fax: (212) 669-0698/0699    e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

October 16, 2007

BY HAND

Mr. J. Michael McMahon
Clerk of Court
United States District Court

[FedEx International Air Waybill, Sender's Copy. Tracking Number: 8636 3996 6115. Sender: C M Panagos, Hill Rivkins & Hayden LLP, 45 Broadway Fl 15, New York, NY 10006-3793, US. Recipient: Mr. Taufik Karmadi, PT Pertalahan Arnebatara Natuna, Bumidaya Plaza, 21st Floor, Imam Bonjol No. 61, Jakarta, Indonesia 10310. Service: FedEx Intl. Priority. Packaging: FedEx Envelope. Internal Billing Reference: 29582-JAS. Commodity: Legal Documents. Value: US$0. Date: 10.16.07.]

e-mail: thefirm@hillrivkins.com    e-mail: hillrivkinstexas@hillrivkins.com    e-mail: hillrivkinsct@snet.net    Fair Oaks, CA 95628-5126
Tel: (916) 859-4910 Fax: (916) 859-4911