

# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699           e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

October 23, 2007

<u>Via facsimile: 212-805-7901</u>
(2 pages)

Honorable Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
New York, NY 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07

RECEIVED
OCT 23 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y

RE: **PT JAWA TIRTAMARIN V.
PT PERTALAHAN**
Docket No.: 07 CV 6837
Our File No.: 29582-JAS/CMP

Dear Judge Baer:

  We are attorneys for Plaintiff with respect to the captioned matter. Following our telephone conversation today with Mr. Hanna of your chambers we write to advise the Court of the present status.

  Plaintiff commenced this matter seeking to attach funds and property of the Defendant located in the Southern District pursuant to Rule B of the Supplemental Admiralty & Maritime Rules and in aid of enforcing a foreign arbitral award. Plaintiff has now attached $905,103.73, the full amount prayed for in the Complaint. Defendant has been notified and is fully aware of the attachments and this lawsuit. In fact, it has written directly to the Court on three occasions.

  Plaintiff's intention is to move for entry of default and for default judgment enforcing the abovementioned arbitration award immediately upon completion of service pursuant to Fed. R. Civ. P. Admiralty & Maritime Rule B(2)(a) and Rule 4. Plaintiff has arranged for service of process issuing from the S.D.N.Y. Clerk's Office by Federal Express pursuant to Rule 4(f)(2)(C)(ii) and Rule 4(h)(2) and by hand in accordance with the laws of Indonesia and pursuant to Rule 4(f)(2)(A) and Rule 4(h)(2). It is expected that both forms of service shall be effected within the next week.

| NEW JERSEY | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| 175 North Broadway | 712 Main Street, Suite 1515 | 60 Quarry Dock Road | Of Counsel: |
| South Amboy, NJ 08879-1638 | Houston, TX 77002-3209 | Branford, CT 06405-4654 | Brown & Associates |
| Tel: (732) 838-0300 Fax: (732) 316-2365 | Tel: (713) 222-1515 Fax: (713) 222-1359 | Tel: (203) 315-9274 Fax: (203) 315-9264 | 11140 Fair Oaks Boulevard, Suite 100 |
| e-mail: thefirm@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: hillrivkinsct@snet.net | Fair Oaks, CA 95628-5126 |
| | | | Tel: (916) 859-4910 Fax: (916) 859-4911 |

October 23, 2007
Page 2

We thank the Court for its continuing attention to this matter.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

*Christopher M. Panagos*

Christopher M. Panagos

cc:

via email: taufik@bhm-corp.com
Mr. Taufik Karmadi
PT Pertalahan Arnebatara Natuna
*Defendant*

I have little or no understanding of the 10/22 & 10/23 communications from what I presume is your adversary but the faith about the ct. of Indonesia and the court bank suit me some pause — the likelihood is that Mr. Karmadi will have to send an American lawyer to tell him the client's story before he enters a court or at maybe just as easy equip mr. Karmadi with many [illegible] he said it reaches him re: he [illegible] with some clarity.

SO ORDERED:

*[signature]* Harold Baer, Jr., U.S.D.J.

Date: 10/30/07

Endorsement:

    I have little or no understanding of the 10/22 and 10/23 communications from what I presume is your adversary but the talk about the government of Indonesia and the government bank gives me some pause - the likelihood is that Mr. Karmadi will have to find an American lawyer to tell me his clients story before I enter a default or maybe you can convince me I don't need that help but meanwhile be sure this reaches him so he can respond with some clarity if he chooses.