

# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699        e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

November 2, 2007

**Via email: taufik@bhm-corp.com**

PT Pertalahan Arnebatara Natuna
Bumidaya Plaza, 21st Floor
Jl. Imam Bonjol No. 61
Jakarta 10310, Indonesia

Attn: Mr. Taufik Karmadi

          RE:   **PT Jawa Tirtamarin vs.**
                   **PT Pertalahan Arnebatara Natuna**
                   Southern District of New York
                   Docket No.: 07 Civ 6837
                   Your File: Please Advise
                   Our File: 29582-JAS/CMP

-----------------------------------

Dear Mr. Karmadi:

      Regarding the above matter, please see the attached Endorsed Letter from the Court dated October 31, 2007, which we are transmitting to you pursuant to the Court's instructions. We reiterate that should you seek to vacate the attachments, you must petition the Court. We further suggest that you retain New York counsel.

                          Very truly yours,

                          HILL RIVKINS & HAYDEN LLP

                          Christopher M. Panagos

cc: <u>via ECF-Electronic Case Filing</u>

Honorable Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
New York, NY 10007

| NEW JERSEY | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| North Broadway | 712 Main Street, Suite 1515 | 60 Quarry Dock Road | Of Counsel: |
| South Amboy, NJ 08879-1638 | Houston, TX 77002-3209 | Branford, CT 06405-4654 | Brown & Associates |
| 732-838-0300 Fax: (732) 316-2365 | Tel: (713) 222-1515 Fax: (713) 222-1359 | Tel: (203) 315-9274 Fax: (203) 315-9264 | 11140 Fair Oaks Boulevard, Suite 100 |
| email: thefirm@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: hillrivkinsct@snet.net | Fair Oaks, CA 95628-5126 |
| | | | Tel: (916) 859-4910  Fax: (916) 859-4911 |



# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699            e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

October 23, 2007

<u>Via facsimile: 212-805-7901</u>
(2 pages)

Honorable Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
New York, NY 10007



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07
```

RECEIVED
OCT 23 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y

RE:   **PT JAWA TIRTAMARIN V.**
      **PT PERTALAHAN**
      Docket No.: 07 CV 6837
      Our File No.: 29582-JAS/CMP

Dear Judge Baer:

    We are attorneys for Plaintiff with respect to the captioned matter. Following our telephone conversation today with Mr. Hanna of your chambers we write to advise the Court of the present status.

    Plaintiff commenced this matter seeking to attach funds and property of the Defendant located in the Southern District pursuant to Rule B of the Supplemental Admiralty & Maritime Rules and in aid of enforcing a foreign arbitral award. Plaintiff has now attached $905,103.73, the full amount prayed for in the Complaint. Defendant has been notified and is fully aware of the attachments and this lawsuit. In fact, it has written directly to the Court on three occasions.

    Plaintiff's intention is to move for entry of default and for default judgment enforcing the abovementioned arbitration award immediately upon completion of service pursuant to Fed. R. Civ. P. Admiralty & Maritime Rule B(2)(a) and Rule 4. Plaintiff has arranged for service of process issuing from the S.D.N.Y. Clerk's Office by Federal Express pursuant to Rule 4(f)(2)(C)(ii) and Rule 4(h)(2) and by hand in accordance with the laws of Indonesia and pursuant to Rule 4(f)(2)(A) and Rule 4(h)(2). It is expected that both forms of service shall be effected within the next week.

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300  Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515  Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274  Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Of Counsel:
Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 859-4910  Fax: (916) 859-4911

We thank the Court for its continuing attention to this matter.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

*Christopher M. Panagos*

Christopher M. Panagos

cc:

via email: taufik@bhm-corp.com
Mr. Taufik Karmadi
PT Pertalahan Arnebatara Natuna
*Defendant*

I have little or no understanding of the 10/22 & 10/23 communications from what I presume is your adversary but the faith about the ext. of Indonesian and the Court Bank gives me some pause — the likelihood is that Mr. Karmadi will have to send an Americans lawyer to tell him his client's story before we enter a judgment or money . . . just so you are comfortable with my faith - I need that you have reached him re: he can comply with some clarity.

SO ORDERED:

*[signature]*
Harold Baer, Jr., U.S.D.J.
Date: 10/30/07

Endorsement:

    I have little or no understanding of the 10/22 and 10/23 communications from what I presume is your adversary but the talk about the government of Indonesia and the government bank gives me some pause - the likelihood is that Mr. Karmadi will have to find an American lawyer to tell me his clients story before I enter a default or maybe you can convince me I don't need that help but meanwhile be sure this reaches him so he can respond with some clarity if he chooses.