JAMES A. SAVILLE, JR. (JS-4835)
CHRISTOPHER M. PANAGOS (CP-2199)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
PT JAWA TIRTAMARIN,                  :
                                         Index No.:
            Plaintiff,               :   07 CV 6837(HB)

      - Against -                    :

PT PERTALAHAN ARNEBATARA NATUNA      :   DECLARATION OF M.
                                         ALEXANDER WEENAS, SH.
            Defendants.              :   OF SERVICE OF PROCESS

                                     :
- - - - - - - - - - - - - - - - - - -X

Jakarta        )
               )  ss.:
Indonesia      )

    I, M. Alexander Weenas, SH., hereby declare under penalty of perjury under the laws of the United States of America and 28 U.S.C. § 1746 as follows:

    1.   I am not a party to this action, am over 18 years of age, reside at Jakarta, Indonesia, and am an attorney with the law firm Alexander & Setiawan, Jakarta, Indonesia.

2.  I am fluent in the English language and fully competent to make this declaration herein.

3.  On November 2, 2007, I instructed our process server to make service upon **PT Pertalahan Arnebatara Natuna**, at its offices located at Bumidaya Plaza, 21st Floor, Imam Bonjol Street No. 61, Jakarta 10310, Indonesia, a true and correct copy of the annexed Summons, Complaint, Order directing clerk to issue process of maritime attachment and garnishment, and Process of Maritime Attachment and Garnishment by personal delivery of said documents to the hands of Mr. Taufik Karmadi, an officer of the corporation authorized to accept service.

4.  Attached hereto as Exhibit A is a true and correct copy of an "Acceptance Letter" acknowledging service and which is signed and sealed by Mr. Taufik Karmadi, Legal Officer of the Defendant PT Pertalahan Arnebatara Natuna, and countersigned and sealed by Mr. Asep Saipudin, our law firm's designated process server.

5.  Personal service on the defendant is an acceptable method of service under Indonesian law.

I hereby affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Jakarta, Indonesia
       December    , 2007

_____
M. ALEXANDER WEENAS, SH.