UNITED STATES DISTRICT COURT

<u>Southern</u> District of <u>New York</u>

**JUDGE BAER**

PT JAWA TIRTAMARIN,

V.

PT PERTALAHAN ARNEBATARA NATUNA.

SUMMONS IN A CIVIL CASE

**07 CIV 6837**

CASE NUMBER: 07 cv _____ ( )

TO: (Name of Defendant)

PT PERTALAHAN ARNEBATARA NATUNA
Bumidaya Plaza, 21st & 23rd Floor
Jalan Imam Bonjol No. 61
Jakarta 10310, Indonesia

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**HILL RIVKINS & HAYDEN LLP**
45 Broadway
New York, New York 10006

an answer to the complaint which is herewith served upon you, within __30__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

_____    <u>July 30, 2007</u>
CLERK                               DATE

_Marcos Quintero_
_____
(By) DEPUTY CLERK