PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshall of the Southern District of New York – GREETINGS

    WHEREAS a verified complaint has been filed in the United States District Court for the Southern District of New York on the 30th day of July 2007 by

PT Jawa Tirtamarin,
    Plaintiff,
-against-

07 CIV 6837 CHB

PT Pertalahan Arnebatara Natuna,
    Defendant.

In a certain action for a <u>Writ of Maritime Attachment and Garnishment</u> therein alleged to be due and owing the said Plaintiff amounting to $905,103.73 and praying for process of maritime attachment and garnishment against the said Defendant, and

    WHEREAS, this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any Interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answers within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

    NOW, THEREFORE, we do hereby command that you that if the said Defendant cannot be found within the District you attach goods and chattel to the amount sued for; and if such property cannot be found that you attach credit and effects to the amount sued for, in the hands of:

To wit              **SEE ATTACHED RIDER**

And that promptly after execution of this process, file same in this Court with your return thereon.

    WITNESS, the Honorable _____ Judge of said Court, this 30 day of July, 2007.

                                  Clerk of the Court

James A. Saville, Jr.
Christopher M. Panagos
Hill Rivkins & Hayden LLP
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, New York 10006

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
    DEPUTY CLERK

*Note: This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure*
SDNY Form No. 2, PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

# Rule B Attachment Bank List

| | |
|---|---|
| JPMorgan Chase Bank NA<br>One Chase Manhattan Plaza<br>New York, NY<br>c/o CT Corp. | Citibank NA<br>399 Park Avenue<br>New York, NY |
| American Express Bank Ltd.<br>c/o Barry Glickman<br>575 Lexington Ave., 10th Floor<br>New York, NY  10022 | Bank of America<br>c/o Barry Glickman<br>575 Lexington Ave., 10th Floor<br>New York, NY  10022 |
| Bank of New York<br>Legal Process Department<br>120 Broadway, 19th Floor<br>New York, NY 10271 | Deutsche Bank<br>60 Wall Street<br>New York, NY |
| HSBC<br>452 Fifth Avenue, Tower 27<br>New York, NY | BNP Paribas<br>787 Seventh Avenue<br>New York, NY  10019 |
| Wachovia Bank NA<br>120 Seventh Avenue<br>New York, NY | ABN Amro<br>Park Ave. Plaza<br>New York, NY  10055 |
| Atlantic Bank of NY<br>15 Maiden Lane<br>New York, NY  10038 | Standard Chartered Bank<br>One Madison Avenue<br>New York, NY  10010 |
| Bank of Communications<br>One Exchange Plaza<br>55 Broadway – 31st Floor<br>New York, NY  10006 | The Bank of East Asia (USA) NY<br>202 Canal Street<br>New York, NY  10013 |
| Bank of China<br>42 East Broadway<br>New York, NY  10022 | Shanghai Commercial Bank Ltd.<br>125 East 56th Street<br>New York, NY  10022 |
| Bank of Tokyo-Mitsubishi<br>1251 Avenue of the Americas<br>New York, NY  10020 | Bank of India<br>277 Park Avenue - #1<br>New York, NY  10172 |
| Barclays Bank<br>200 Park Ave., 27th Floor<br>New York, NY  10166 | Calyon<br>1301 Avenue of the Americas<br>New York, NY  10019 |
| Credit Suisse<br>11 Madison Ave.<br>New York, NY 10010 | Rabobank<br>245 Park Ave. #37<br>New York, NY  10167 |
| Wells Fargo Bank<br>40 West 57th Street<br>New York, NY  10019 | US Bank<br>100 Wall Street<br>New York, NY  10005 |
| UBS<br>1285 Avenue of Americas<br>New York, NY 10019 | Nordea Bank Finland PLC<br>437 Madison Avenue<br>New York, NY  10022 |