

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699                    e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

December 6, 2007

By Hand

Clerk of Court
United States District Court
Southern District of New York
New York, NY 10007

    RE:    **PT JAWA TIRTAMARIN V. PT PERTALAHAN ARNEBATARA NATUNA**
            Docket No.: 07 CV 6837 (HB)
            Our File No.: 29582-JAS/CMP
            -----------------------------------------------------------

Dear Sir/Madam:

    We are attorneys for Plaintiff with respect to the captioned matter. Enclosed herewith for your consideration please find Plaintiff's Request for Entry of Default and Attorney Affidavit in support, as well as a draft Clerk's Certificate of Default.

    If the request is in order we ask that you cause the Clerk's Certificate to be executed and return same to us.

    Thank you in advance for your attention to this matter.

                Respectfully submitted,

                HILL RIVKINS & HAYDEN LLP

                Christopher M. Panagos

cc:

via email: taufik@bhm-corp.com
Mr. Taufik Karmadi
PT Pertalahan Arnebatara Natuna
*Defendant*

| NEW JERSEY | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| 78 North Broadway | 712 Main Street, Suite 1515 | 60 Quarry Dock Road | Of Counsel: |
| South Amboy, NJ 08879-1638 | Houston, TX 77002-3209 | Branford, CT 06405-4654 | Brown & Associates |
| (732) 838-0300 Fax: (732) 316-2365 | Tel: (713) 222-1515 Fax: (713) 222-1359 | Tel: (203) 315-9274 Fax: (203) 315-9264 | 11140 Fair Oaks Boulevard, Suite 100 |
| e-mail: thefirm@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: hillrivkinsct@snet.net | Fair Oaks, CA 95628-5126 |
| | | | Tel: (916) 859-4910 Fax: (916) 859-4911 |