JAMES A. SAVILLE, JR. (JS-4835)
CHRISTOPHER M. PANAGOS (CP-2199)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
PT JAWA TIRTAMARIN,                 :
                                         Index No.:
            Plaintiff,              :    **07 CV 6837(HB)**

    - Against -                     :

PT PERTALAHAN ARNEBATARA NATUNA     :    **ATTORNEY AFFIDAVIT
                                         AND REQUEST FOR**
            Defendants.             :    **ENTRY OF DEFAULT**

                                    :
- - - - - - - - - - - - - - - - - -x

New York       )
               )  ss.:
New York       )

I Christopher M. Panagos, hereby declare as follows:

1.  I am an associate of Hill Rivkins & Hayden LLP, attorneys for Plaintiff herein and admitted to practice before this Honorable Court.

2.  This Affirmation is submitted pursuant to Fed. R. Civ. P. 55(a) an S.D.N.Y. Local Rule 55.1.

3. This matter was commenced pursuant to Fed. R. Civ. P. Supplemental Admiralty and Maritime Rule B on July 30, 2007 with the filing of the Complaint.

4. The defendant, a foreign corporation or other entity existing at law, was served with the Summons and Complaint via Federal Express courier issuing from the Clerk's Office pursuant to Fed. R. Civ. P. 4(f)(2)(c)(ii).

5. Attached hereto as Exhibit 1 is a true and correct copy of the Clerk's Certificate of Mailing entered on the docket and dated October 16, 2007.

6. Attached hereto as Exhibit 2 is a true and correct copy of the delivery tracking/confirmation printout from the courier's website www.fedex.com showing delivery to Defendant on October 22, 2007.

7. The relevant time to answer or appear following service as per paragraph 4 has now expired.

8.  In addition to the foregoing manner of service, the Defendant was also served with the Summons and Complaint by hand delivery on November 2, 2007.

9.  A true and correct copy of the Affidavit of Service with Acceptance Letter electronically filed and entered on the docket December 5, 2007, is attached hereto as Exhibit 3.

10. The relevant time to answer or appear following by-hand service per paragraph 8 has now expired.

11. The Defendant has failed to plead or otherwise defend the action.

WHEREFORE, Plaintiff requests that Default be entered against the Defendant PT Pertalahan Arnebatara Natuna.

Dated:  New York, New York
        December 6, 2007

_____
CHRISTOPHER M. PANAGOS (CP-2199)

Sworn to before me this
6th day of December, 2007.

_____
Notary Public

ROBERT BLUM
Notary Public, State Of New York
No.01BL4914091
Qualified In Kings County
Certificate Filed In New York County
Commission Expires December 7, 2011

3