UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. FILED
OCT 16 2007
S.D. OF N.Y.

| | |
|---|---|
| PT JAWA TIRTAMARIN, Plaintiff, -V- PT PERTALAHAN ARNEBATARA NATUNA Defendants. | CERTIFICATE OF MAILING 07 CIV 6837 (HB) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**16th day of October, 2007**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**30th day of July, 2006**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8636 3996 6115**

*J. Michael McMahon*
CLERK

Dated: New York, NY

Case 1:07-cv-06837-HB Document 9 Filed 10/16/2007 Page 2 of 2

HILL RIVKINS

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500, New York, NY 10006-3739 Tel: (212) 669-0600
Fax: (212) 669-0698/0699 e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

October 16, 2007

BY HAND

Mr. J. Michael McMahon
Clerk of Court
United States District Court

FedEx Express International Air Waybill
For FedEx services worldwide

1 From — Date 10 16 07 — Sender's FedEx Account Number
Sender's Name — Phone
Company — [Hill Rivkins & Hayden LLP]
Address — State/Province — City — Country — ZIP Postal Code

2 To — Recipient's Name: M. TAUFIK KARMADI — Phone
Company: PT. PERTAMBANGAN ARUTMIN... NATUNA
Address: ... JAYA PLAZA, 21ST FLOOR
Address: IMAM BONJOL NO. 61
City: JAKARTA — State/Province
Country: INDONESIA — ZIP Postal Code: 10310
Recipient's Tax ID Number for Customs Purposes

3 Shipment Information — For EU Only: Tick here if goods are not in free circulation and provide C.I.
Total Packages: 1 — Total Weight: 1 — lbs. [X] kg — DIM 12 / 9 / 1.5 in. [X] cm

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| LEGAL DOCUMENTS | | | US$ 0 |

Total Declared Value for Carriage — Total Value for Customs (Specify Currency): US$ 0

4 Express Package Service — Packages up to 150 lbs. / 68 kg
[X] FedEx Intl. Priority — [ ] FedEx Intl. First — [ ] FedEx Intl. Economy

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

5 Packaging — [X] FedEx Envelope [ ] FedEx Pak [ ] FedEx Box [ ] FedEx Tube [ ] Other [ ] FedEx 10kg Box* [ ] FedEx 25kg Box*

6 Special Handling — [ ] HOLD at FedEx Location [ ] SATURDAY Delivery

7a Payment Bill transportation charges to: [X] Sender [ ] Recipient [ ] Third Party [ ] Credit Card [ ] Cash Check/Cheque

7b Payment Bill duties and taxes to: [X] Sender [ ] Recipient [ ] Third Party

8 Your Internal Billing Reference: 29582-JAS

9 Required Signature
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.
Sender's Signature: [signature]

For Completion Instructions, see back of fifth page.

521

FedEx Tracking Number 6636 3996 6115 — Form ID No. 0402

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill © 1994–2006 FedEx

Questions? Go to our Web site at fedex.com.
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

e-mail: thefirm@hillrivkins.com — e-mail: hillrivkinstexas@hillrivkins.com — e-mail: hillrivkinsca@sbcglobal.net — Fair Oaks, CA 95628-5126 Tel: (916) 859-4910 Fax: (916) 859-4911