JAMES A. SAVILLE, JR. (JS-4835)
CHRISTOPHER M. PANAGOS (CP-2199)
HILL RIVKINS & HAYDEN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

                                    :    07 CV 6837(HB)

        - Against -                 :

                                    :    DECLARATION OF M.
                                         ALEXANDER WEENAS, SR.
                                    :    OF SERVICE OF PROCESS

- - - - - - - - - - - - - - - - - -x

PT Pertalahan Arnebatara Natuna,