# Alexander & Setiawan
### Advocates & Legal Consultants

## ACCEPTANCE LETTER

Accepted From  :  Mr. M. Alexander Weenas, SH.

File / Document  :  1 (One) Sheet Document Photocopy of "Process Of Maritime Attachment And Garnishment, dated 30 July 2007." Between PT. JAWA TIRTAMARIN as PLAINTIFF, Against PT. PERTALAHAN ARNEBATARA NATUNA as DEFENDANT.

Which contents of:

1. Photocopy of Rule B Attachment Bank List.
2. Photocopy of Order Directing Clerk To Issue Process Of Maritime Attachment And Garnishment, PT. Jawa Tirtamarin, Plaintiff Against PT. Pertalahan Arnebatara Natuna, Defendant, dated 30 July 2007.
3. Photocopy of Summons In Civil Case (Case Number : 07 CIV 6837), United States District Court, Southern District Of New York, dated 30 July 2007.
4. Photocopy of Verification from Christopher M. Panagos, dated 30 July 2007.
5. Photocopy of Uniform Time Charter Party For Offshore Service Vessels Code Name : "Supplytime 89".
6. Photocopy of "In The Matter Of An Arbitration Under The International Arbitration Act (CAP 143A)" Arb No. 050 Of 2006 Between PT. Jawa Tirtamarin and PT. Pertalahan Arnebatara Natuna, dated 13 July 2007, At The Singapore International Arbitration Center.

Sent to  :  Mr. Taufik Karmadi,
Legal Officer
PT. Pertalahan Arnebatara Natuna
Bumidaya Plaza, 21st Floor
Imam Bonjol Street No. 61,
Jakarta, 10310, Indonesia

Jakarta, 2 November 2007
Accept by,

Name & Stamp

Jakarta, 2 November 2007
Sender,

(Asep Saipudin)