HILL RIVKINS & HAYDEN LLP
*Attorneys for Plaintiff*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PT JAWA TIRTAMARIN, <br><br> Plaintiff, <br><br> vs. <br><br> PT PERTALAHAN ARNEBATARA NATUNA, <br><br> Defendant. | Index No.: 07-CV-6839 (HB) <br><br> **NOTICE OF MOTION FOR DEFAULT JUDGMENT** |

**PLEASE TAKE NOTICE** that Plaintiff PT Jawa Tirtamarin, by and through its attorneys Hill Rivkins & Hayden LLP, upon the annexed Affirmation of Christopher M. Panagos dated January 29, 2008, and the exhibits attached thereto, the accompanying Memorandum of Law and all the pleadings heretofore had herein, hereby moves this Court before the Honorable Judge Harold Baer, Jr., at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order entering judgment by default against Defendant PT Pertalahan Arnebatara Natuna and recognizing and enforcing the foreign arbitration award issued by the Singapore International Arbitration Centre on July 13, 2007 (Award No. 18 of 2007) in favor of Plaintiff PT Jawa Tirtamarin and against Defendant PT Pertalahan Arnebatara Natuna and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       January 29, 2008

*[signature: Christopher M Panagos]*
_____
Christopher M. Panagos (CP-2199)
HILL RIVKINS & HAYDEN LLP
*Attorneys for Plaintiff*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

TO:

PT Pertalahan Arnebatara Natuna
Bumidaya Plaza, 21st Floor
Imam Bonjol No. 61
Jakarta, Indonesia 10310

Attn: Mr. Taufik Karmadi