HILL RIVKINS & HAYDEN LLP
*Attorneys for Plaintiff*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PT JAWA TIRTAMARIN, | Index No.: 07-CV-6839 (HB) |
| Plaintiff, | **DECLARATION OF SERVICE** |
| vs. | |
| PT PERTALAHAN ARNEBATARA NATUNA, | |
| Defendant. | |

---

The undersigned hereby declares under penalty of perjury pursuant to 28 U.S.C. §1746:

I am an associate of Hill Rivkins & Hayden LLP, attorneys for Plaintiff, and am admitted to practice before this Court. On the 29th day of January, 2008, I served the annexed:

(1) Notice of Motion for Default Judgment
(2) Attorney Declaration in Support of Motion
(3) Memorandum of Law in Support of Motion
(4) Proposed Order

by FedEx courier addressed to each of the following persons:

PT PERTALAHAN ARNEBATARA NATUNA
Bumidaya Plaza, 21st Floor
Imam Bonjol No. 61
Jakarta, Indonesia 10310
Attn: Mr. Taufik Karmadi – Legal Officer

Dated: New York, New York
January 29, 2008

_____
Christopher M. Panagos