Reference No. : JT/SPLT/01/X/05

| | |
|---|---|
| **1 Place and date**<br>**Jakarta, 24 October 2005** | **UNIFORM TIME CHARTER PARTY**<br>**FOR OFFSHORE SERVICE VESSELS**<br>**CODE NAME: "SUPPLYTIME 89"**<br><div align="right">PART I</div> |

| | |
|---|---|
| **2. Owners/Place of business (full style, address and telex/Telefax no.) (Cl  1(a))**<br>**PT.  JAWA TIRTAMARIN**<br>Atrium Mulia Building, 3rd Floor, Suite 305<br>Jln. H.R. Rasuna Said Kav. B10-11<br>Jakarta 12910<br>**Phone : 62-21-252 0580**<br>**Fax : 62-21-252 0683**<br>**Attention : Mr. David James Mills (Regional Manager Asia Pacific)** | **3. Charterers/Place of business (full style, address and telex/Telefax no.) (Cl  1(a))**<br>**TAC – PERTAMINA**<br>**PT. PERTALAHAN ARNEBATARA NATUNA**<br>Jln. Imam Bonjol No. 61<br>Jakarta 10310, Indonesia<br>**Phone : 62-21-3983 4125 / 3983 4126**<br>**Fax : 62-21-3983 4125** |

| | | |
|---|---|---|
| **4. Vessel's name (Cl  1(a))**<br><br>**AWB. SARKU SAMUDERA** | **5 Date of delivery (Cl. 2(a))**<br><br>**Singapore, 25 October 2005** | **6. Cancelling date (Cl  2(a) and (c))**<br><br>**25 October 2005** |

| | |
|---|---|
| **7. Port or place of delivery (Cl. 2(a))**<br><br>**Singapore, to be mutually agreed between Charterer and Owner** | **8. Port or place of redelivery/notice of redelivery (Cl  2(a))**<br><br>**(i) Port or place of redelivery**<br>   **Owners Nominated Yard, Singapore**<br><br>**(ii) Number of days' notice of redelivery**<br>   **Four (4) days** |

| | |
|---|---|
| **9. Period of hire  (Cl  1(a))**<br><br>**Firm Two (2) months with daily extension to be mutually agreed** | **10. Extension of period of hire (optional) (Cl  1(b))**<br><br>**(i) Period of extension**<br>  **Option to extend on weekly basis with mutual consent to a**<br>  **maximum of 30 days**<br><br>**(ii) Advance notice for declaration of option (days)**<br>  **Seven (7) days** |

| | | |
|---|---|---|
| **11. Automatic extension period to complete voyage or well  (Cl. 1(a))**<br><br>  **(i) Voyage or well (state which)**<br>    **Voyage**<br><br>  **(ii) Maximum extension period (state number of days)**<br>    **To be mutually agreed** | **12. Mobilisation charge (lump sum and when due) (Cl. 2(b)(i))**<br><br>  **(i) Lump sum**<br>    **USD 23,000.00**<br><br>  **(ii) When due**<br>    **Upon signing of the contract** | |
| | **13. Port or place of mobilisation (Cl  2(b)(i))**<br>**Singapore, to be mutually agreed between Charterer and Owner** | |

| | | |
|---|---|---|
| **14 Early termination of charter (state amount of hire payable) (Cl. 26(a))**<br><br>**Amount equivalent to firm charter period or balance of charter hire** | **15 Number of days' notice of early termination (Cl. 26(a))**<br><br>**Fourteen (14) days** | **16. Demobilisation charge (lump sum) (Cl. 2(e) and Cl  2(b)(a))**<br><br>**USD 23,000.00** |

| | |
|---|---|
| **17. Area of operation (Cl  5 (a))**<br><br><br>**West Natuna Area, Batam, and Singapore** | **18. Employment of vessel restricted to (state nature of service(s) (Cl  5(a))**<br><br>**To be utilized as drilling support and / or accommodation support barge, within the natural capability of the vessel** |



*(continued)* "SUPPLYTIME 89" Uniform Time charter Party for Offshore Service Vessels    PART I

| | |
|---|---|
| 19. Charter hire (state rate and currency) (Cl. 10(a) and (d)) <br><br> **Daily Charter :** <br> **US$ 18,680.00** (United States Dollars Eighteen Thousand and Six Hundred) per day <br><br> **The above rates are excluding fuel, lube, water, local licenses / operating permits, taxes, domestic shipping license, VAT, Charterer's liability insurance, modifications, vessel clearance, catering telephone satellite charges, agency fees, pilotage, assist tugs & port disbursement** | 20. Extension hire (if agreed, state rate) (Cl. 10(b)) <br><br> Same as box 19 |
| 21. Invoicing for hire and other payments (Cl. 10(d)) <br><br>    (i) state whether to be issued in advance or arrears <br>      **Please refer to additional clause no. 44** <br><br>    (ii) state to whom to be issued if addressee other than stated in Box 2 <br>      **Not Applicable** <br><br>    (iii) state to whom to be issued if addressee other than stated in Box 3 <br>      **Not Applicable** | 22. Payments (state mode and place of payment; also state beneficiary and bank account) (Cl. 10(e)) <br><br> **STANDARD CHARTERED BANK** <br> **Wisma Standard Chartered Bank** <br> **Jln. Jenderal Sudirman Kav. 33** <br> **Jakarta 10220 – Indonesia** <br> **Beneficiary Name : PT. Jawa Tirtamarin** <br> **Account No. : 30801894074** |
| 23. Payment of hire, bunker invoices and disbursements for Charterer's account <br>      (state maximum number of days) (Cl. 10(d)) <br> **Please refer to additional clause no. 44** | 24. Interest rate payable (Cl. 10(a)) <br><br> **Not Applicable** | 25. Maximum audit period (Cl. 10(d)) <br><br> **Twelve (12) months** |
| 26. Meals (state rate agreed) (Cl.6(c)(i)) <br> **Meal : US$ 24.00/man/day** <br> **Casual Meal : US$ 8.00 / meal** <br> **(for the personnel of the charterer only)** | 27. Accommodation (state rate agreed) (Cl. 6(c) (i)) <br><br> **Included in Box 26** | 28. Mutual Waiver of Recourse (optional, state whether applicable) (Cl. 12(f)) <br><br> **Applicable** |
| 29. Sublet (state amount of daily increment to charter hire) (Cl. 17(b)) <br><br> **Under conditions of clause 17 of part II** | 30. War (state name of countries) (Cl. 19(e)) <br><br> **Countries in which the vessel is operating** |
| 31. General average (place of settlement - only to be filled in if other than London) (Cl. 21) <br><br> **Singapore** | 32. Breakdown (state period) (Cl. 26(b)(vi)) <br><br> **Twenty Four (24) hours, responsibility of Owner shall be to endeavour to repair only and the rent shall not be paid by Charterers** |
| 33. Law and arbitration (state Cl. 31(a) or 31(b) or 31 (c), as agreed, if Cl. 31(c) agreed also state place of arbitration) (Cl. 31) <br><br> **Singapore** | 34. Numbers of additional clauses covering special provisions, if agreed <br><br> **Refer to amendment (seven clauses) – Clause 37–44** |
| 35. Names and addresses for notices and other communications required to be given by the Owners (Cl. 28) <br><br> **TAC – PERTAMINA** <br> **PT. PERTALAHAN ARNEBATARA NATUNA** <br> **Jln. Imam Bonjol No. 61** <br> **Jakarta 10310, Indonesia** <br> **Phone : 62-21-3983 4125 / 3983 4126** <br> **Fax : 62-21-3983 4126** | 36. Names and addresses for notices and other communications required to be given by the Charterers (Cl. 28) <br><br> **PT. JAWA TIRTAMARIN** <br> **Atrium Mulia Building, 3rd Floor, Suite 306** <br> **Jln. H.R. Rasuna Said Kav. B10-11** <br> **Jakarta 12910** <br> **Phone : 62-21-252 0686** <br> **Fax : 62-21-252 0683** <br> **Attention : Mr. David James Mills (Regional Manager Asia Pacific)** |

It is mutually agreed that this Contract shall be performed subject to the conditions contained in the Charter consisting of PART I, including additional clauses if any agreed and stated in Box 32, and PART II as well as ANNEX "A" and ANNEX "B" as annexed to this Charter. In the event of a conflict of conditions, the provisions of PART I shall prevail over those of PART II and ANNEX "A" and ANNEX "B" to the extent of such conflict but no further. ANNEX "C" are annexed to this Charter is optional and shall only apply if expressly agreed and stated in box 29.

| | |
|---|---|
| Signature (Owners) <br> PT. Jawa Tirtamarin <br><br>  <br><br> **David James Mills** <br> **Regional Manager Asia Pacific** | Signature (Charterers) <br> TAC – PERTAMINA <br> PT. PERTALAHAN ARNEBATARA NATUNA <br><br>  |





PART II   "SUPPLYTIME 89" Uniform Time Charter Party for Offshore Service Vessels

1.  Period

2.  Delivery and Redelivery

3.  Condition of Vessel

4.  Survey

5.  Employment and Area of Operation

6.  Master and Crew

7.  Owners to Provide

8.  Charterers to Provide

PART II "SUPPLYTIME 89" Uniform Time Charter Party for Offshore Service Vessels




PART II    "SUPPLYTIME 89" Uniform Time Charter Party for Offshore Service Vessels

**13.  Pollution**

**14.  Insurance**

**15.  Saving of Life and Salvage**

**16.  Lien**

**17.  Sublet and Assignment**

**18.  Substitute Vessel**

**19.  War**

**20.  Excluded Ports**




PART II "SUPPLYTIME 89" Uniform Time Charter Party for Offshore Service Vessels





ANNEX "A" to Uniform Time Charter Party for Offshore Service Vessels
Code Name: "SUPPLYTIME 89" – dated 10 November 2003



## VESSEL SPECIFICATION
### Please refer to vessel specification attached

**1   General**

(a) Owner:   Name:   _____
                   Address:   _____
                              _____

(b) Operator:   Name:   _____
                    Address:   _____

(c) Vessel's Name:   _____   Builder:   _____

(d) Year Built:   _____

(e) Type:   _____

(f) Classification/ Society:   _____

(g) Flag:   _____

(h) Date of nx schd DD:   _____

**2   Performance**

(a) Certified Bollard Pull (Tonnes)   _____

(b) Speed/consumption (non-towing)

   *(Approx. Daily Fuel Consumption)*

   (Fair Weather)

   Max Speed:   _____ Kts (app)   _____ Tonnes

   Svc Speed:   _____ Kts (app)   _____ Tonnes

   Stby (M/E secured)   _____ Tonnes

(c) Approx Towing/Working Fuel Consumption
   Engine Power   100%   _____ Tonnes

(d) Type(s) and Grade(s) of fuel used:   _____

**3   Dimensions and Capacities/Discharge Rates:**

(a) LOA ___ Breadth ___ Depth ___

   Max draught (m)   _____

(b) Deadweight (MT):   _____

|   |   | Discharge Rate |   |
|---|---|---|---|
| (c) Cargo FO |   | /hr at | Hd |
| (d) Drill water |   | /hr at | Hd |
| (e) Potable |   | /hr at | Hd |
| (f) Dry bulk |   | /hr at | Hd |
| (g) Liquid mud |   | /hr at | Hd |

   (max SG)

   State type of recirculation system i.e.
   mechanical agitation, centrifugal pumps etc.

(h) Cargo deck area:   Cap (mt):   _____
   L (m) x B (m):   _____
   Load bearing cap:   _____

(i) Heavy weight brine (m³/barrels):
   (max SG):   _____ /hr at   _____ hd

*Multipurpose Tanks yes/no:   _____

**4   Machinery**

(a) BHP M/E:   _____

(b) Engine builder:   _____

(c) No.of Engines/type:   _____

(d) Generator:   _____

(e) Stabilisers:   _____

(f) Bow Thruster(s):   _____

(g) Stern Thruster(s):   _____

(h) Propellers/rudders:   _____

(i) No.& press rating of bulk compressors:   _____

(j) Fuel oil metering system:   _____

**5   Towing and Anchor Handling Equipment**

(a) (i) Stern Roller (dim):   _____

   (ii) A/H/towing winch:   _____

   (iii) Rig chain locker cap
         (linear feet of 3" chain)   _____

   (iv) Tugger winches:   _____

   (v) Chain stopper make/type:   _____

(b) (i) Towing wire:   _____

   (ii) Spare towing wire:   _____

   (iii) Work wire:   _____

   (iv) Spare work wire:   _____

   (v) Other A/H eqpmt
        (eg Pelican hook/shackle/stretcher etc)   _____

**6   Radio and Navigation Equipment**

(a) Radios
   Single side band:   _____
   VHF:   _____
   Satcom:   _____

(b) Elec Nav Eqpmt:   _____

(c) Gyro:   _____

(d) Radar:   _____

(e) Autopilot:   _____

(f) Depth sounder:   _____

p.t.o.



(continued)                                            ANNEX "A"

### VESSEL SPECIFICATION
Please refer to the specification attached

7  Fire Fighting Equipment
   (a) Class (FF1, FF2, FF3, other):
   (b) Fixed:
   (c) Portable:

8  Accommodation
   (a) Crew.  _____  (b) Passengers:

9  Galley
   (a) Freezer space (m³):
   (b) Cooler (m³):

10  Additional Equipment
   (a)  Mooring Equipment:

   (b)  Joystick:
   (c)  Other:

11  Standby/Survivor Certificate          Yes/No
   Nos:



 

# SARKU
MARINE SDN BHD (136376-K)
A MEMBER OF SAPURA GROUP OF COMPANIES

# SAPURA ENERGY

**NAME**
· SARKU SAMUDERA

**YEAR BUILT**
Built in 1983

**OWNER/ OPERATOR**
Sarku Marine Sdn Bhd

**CLASSIFICATION**
American Bureau of Shipping (ABS) Class A1 Barge

**FLAG/ REGISTRATION**
· Malaysia / Kuching

**LIVING ACCOMMODATION**
Fully air-conditioned for 216 personnel



**CRANAGES**
· Main Crane – Amhoist 11700 Pedestal crane. Rated capacity 116 MT@6.5m(20ft.) radius . Boom Length 65.71m (150 ft.)
  Operation Crane – FMC Link Belt ABS 360 B Pedestal crane rated capacity 22 MT@8.1m (28ft) radius. Boom length 24.4 m (80 ft.)

**DIMENSIONS**
| | |
|---|---|
| : Overall Length | 102.7m |
| · Length at water line | 85.3 m |
| · Breadth | 24.3 m |
| · Depth at main deck | 11.6 m |
| · Draught (maximum loadline) | 3.5 m |

**DECK SPACE**
Uninterrupted Clear Deck Space      900 m²

**TANK CAPACITY**
| | |
|---|---|
| · Potable Water | 760 MT |
| · Fuel Oil | 624 MT |

**MOORING SYSTEM**
8 Point Mooring
Drum / Winches - Four(4) each BRISSONNEAU & LOTZ Double drum
Electrically driven 85 kW-440 volts – 60 hz and Monitor by CCTV System
Anchor - Eight (8) each STEVPRIS  7,000kg
Anchor Wires - Galvanised, size: 57mm Length: Approximated 1,830 m

**MACHINERY**
Main Generator - Two (2) unit CATERPILLAR D399 BC
Emergency Generator – GENERAL ELECTRIC AC Generator 275 kva / 240 Kva
Permanent Equipment
· One(1) Water Maker ATLAS DENMARK, capable of producing 600 tpm of potable water.
  One(1) Aqua Chem S-300, capable of producing max. 20 tons per day.
· Three (3) units Air Compressors INGERSOLL RAND Capacity 350 cfm @ 125 psi
· One(1) unit Hamworthy Oily Water Separator capable of treating 2.5 cu.m./hr @15ppm

**LIFE SAVING**
| | |
|---|---|
| Life Boats | Two (2) unit totally enclosed WATERCRAFT, Capacity 60 man each, Dyvit Type SCHAT WATERCRAFT |
| Life Rafts | Twelve (12) units at main deck level. Capacity 25 man each |
| Life Jackets | USCG approved life jackets; 420 pieces |
| Breathing Apparatus (MSA/SCBA) 12 units | |
| · Personnel Basket | Two BILLY PUGH 72" diameter personnel transfer basket |

**SAFETY EQUIPMENT**
· Fire, Gas Detection & Alarm
  - Heat Sensor located in the engine room, mud pump room, MCC room, paint locker, galley
  - Smoke Detectors located in the accommodation, MCC room, store room, galley
  - Alarm Panel - Fire alarm panel located in radio room
  - Fire & Gas Detection - Fire alarm control panel – Marine marked THORN Model - T 1016
· Fire Fighting Equipment
  | | |
  |---|---|
  | · Firewater Main | 28 stations are distributed throughout the barge |
  | · CO₂ Protection | The emergency generator room, engine room, control room and paint lockers are protected by CO₂ System. The Helideck area is protected by Foam System |
  | · Sprinkler System | Water sprinkler network of pipes is fitted with pressured water at accommodation area. |
  | · Portable Fire Extinguishers | Different types of extinguishers are distributed throughout the vessel as per regulation |
  | · Fire Suit | 2 located on the Helideck |

**COMMUNICATION EQUIPMENT**
· 2 International Marine VHF SSB
  1 Satellite Communication INMARSAT
  1 Radar
  1 Telephone (internal)     Forty four (44) Betacom-Chives in use
  PA System        MCRF Marine    2 x ICOM IC-SSB Radio.
  VHF Marine       3 x ICOM VHF radio
  Transceiver       Rx 156 – 163 khz, Tx 156 – 157 mhz
  Others: Air Sea Radio, Fax machine

**HELIDECK**
27.4 m x 21.3 m Steel Deck and capable of supporting S-61N Helicopter

---

**Head Office, Kuala Lumpur**

Tingkat Satu, Bangunan Sapura, Jalan Enggang, Ulu Klang 54200, Kuala Lumpur, Malaysia

Tel : 603-4257 8182     Fax : 603-4257 8146     E-mail : sarku@po.jaring.my

**Operation Office, Miri, Sarawak**

2nd Floor, Lot 806, Block 4, Bgn. Slipway MCLD, Piasau Industrial Estate, P.O.Box 1319, 98000 Miri, Sarawak. Malaysia

Tel : 6085-661122     Fax : 6085-661133     E-mail: sarku@po.jaring.my

 

## GENERAL ARRANGEMENT



SARKU SAMUDERA



**ANNEX "B" to Uniform Time Charter Party for Offshore Service Vessels**
**Code Name: "SUPPLYTIME 89" – dated 10 November 2003**

## INSURANCE

Insurance policies (as applicable) to be procured and maintained by
the Owners under Clause 14:

(1)  *Marine Hull Insurance.* - Hull and Machinery Insurance shall
be provided with limits equal to those normally carried by the
Owners for the Vessel.

(2)  *Protection and Indemnity (Marine Liability) Insurance.* -
Protection and Indemnity or Marine Liability Insurance shall
be provided for the Vessel with a limit equal to the value
under paragraph 1 above or USD6 million, whichever is

greater, and shall include but not be limited to coverage for
crew liability, third party bodily injury and property damage
liability, including collision liability, towers liability (unless
Carried elsewhere).

(3)  *General Third Party Liability Insurance.* - Coverage shall be
For:
Bodily Injury .......................................... per person
Property Damage .......................................... per occurence

(4)  *Workmen's Compensation and Employer's Liability
Insurance for Employees.* - Covering non-employees for
statutory benefits as set out and required by local law in
area of operation or area in which the Owners may
Become legally obliged to pay benefits.

(5)  *Comprehensive General Automobile Liability Insurance.* -
Covering all owned, hired and non-owned vehicles,
coverage shall be for:
Bodily Injury     According to the local law
Property Damage   In an amount equivalent to _____
single limit per occurrence

(6)  Such other insurances as may be agreed.



**ADDITIONAL CLAUSES**
**SUPPLYTIME 89 UNIFORM TIME CHARTER PARTY**
**FOR OFFSHORE SERVICES VESSEL**

Between Charterer : TAC-PERTAMINA, PT. Pertalahan Arnebatara Natuna
and Owner : PT. Jawa Tirtamarin
Per contract Ref. No. : JT/SPLT/01/X/2005
Name of Vessel : AWB. "SARKU SAMUDERA"

37. All communication including e-mail shall be charged at cost plus 10% including handphone, satellite, email and fax. Vessels email system may not be used without prior permission of the officer of the watch.

38. Potable water, fuel and lubricant oil shall be charged at cost reimbursable OR Charterer's supply.

39. All permits, licenses, pilotage, assist tug, port disbursement, permission etc shall be arranged by Charterer with full support from Owner. Vessel shall continue on hire in the even of any dely resulting therefrom. Charterer's liability insurance should be for Charterer's account.

40. Garbage removal and food supply run shall be provided by the Charterer free of charge.

41. Visa for crews and all offshore transportation for crew change shall be arranged by and be to Charterer's account.

42. Any modifications required to be made to the vessel by Charterer prior to or during the chartering period shall be reinstated by Charterer whilst vessel remain on hire.

43. All rates quoted are inclusive withholding tax 1.2% and excluding VAT.

44. Terms of payment :
   a. Charter Hire
      - Fifteen (15) days payment in advance when signing contract
      - Fifteen (15) days payment in advance when AWB "Sarku Samudera" arrives at job location (Natuna)
      - The rest of paymet should be paid every 15 (FIFTEEN) days in advance.

   b. Mobilization Cost
      The amount of USD 23,000.00 for Mobilization cost should be paid when signing contract.

   c. Demobilization Cost
      The amount of USD 23,000.00 for Demobilization cost should be paid when vessel Off Hired

   d. Payment of bunkers :
      Immediate upon receipt of invoice

