## Christopher M. Panagos

| | |
|---|---|
| **From:** | Andrew R. Brown |
| **Sent:** | Thursday, August 09, 2007 2:49 PM |
| **To:** | Christopher M. Panagos |
| **Subject:** | FW: NOTICE OF PAYMENT REC'D BY CITIBANK RE: Rule B Maritime Attachment: PT Jawa Tirtamarin v. PT Pertalahan Arnebatara Natuna |
| **Importance:** | High |

-----Original Message-----
**From:** Mihalik, Mary B [mailto:mary.b.mihalik@citi.com]
**Sent:** Thursday, August 09, 2007 12:50 PM
**To:** Andrew R. Brown
**Subject:** NOTICE OF PAYMENT REC'D BY CITIBANK RE: Rule B Maritime Attachment: PT Jawa Tirtamarin v. PT Pertalahan Arnebatara Natuna
**Importance:** High


Andrew,

Please be advised that Citibank has received an $85,000 payment for the benefit of "PT. PERTALAHAN ARNEBATARA NATUNA". We will continue to hold these funds until further notice from you.

**NOTE TO FTN UNIT: Please continue to hold payment....thanks, mary**

----Received from Payfix----
```
{4
:20:0912200001066602
:23B:CRED
:32A:070809USD85000,00
:33B:USD85000,00
:50K:/02000047488
BUMI HASTA MUKTI
BUMI DAYA PLAZA LT.23
JL IMAM BONJOL 61
:56A:IRVTUS3N
:57A:BNIAIDJA
:59:/0640201888001
PT PERTALAHAN ARNEBATARA NATUNA
JKT
:70:/INV/LOAN FR PT BHM
:71A:OUR
:72:/ACC/AT CORPORATE BANKING
```

---Original Message ----
CFS9151
NYCNA
NYSIDCB 090527
TEST NR
```
{1:F01CITIUS33DXXX1293441117}{2:O1031627070809BEIIIDJAAXXX49174287820708090527N}{3:{108:CPS0}}{4:
:20:0912200001066602
:23B:CRED
:32A:070809USD85000,
```

29/2008

```
:33B:USD85000,
:50K:/02000047488
BUMI HASTA MUKTI
BUMI DAYA PLAZA LT.23
JL IMAM BONJOL 61

:56A:IRVTUS3NXXX
:57A:BNIAIDJAXXX
:59:/0640201888001
PT PERTALAHAN ARNEBATARA NATUNA
JKT
:70:/INV/LOAN FR PT BHM
:71A:OUR
:72:/ACC/AT CORPORATE BANKING
-{5:{MAC:FEE671D8}{CHK:B543FEFE6D89}{SAC}}
=08090527  DK86409
```