# HILL RIVKINS

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699          e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

Via Telecopier: 011-62-21-3983-4129
And International Federal Express Delivery

August 10, 2007

PT Pertalahan Arnebatara Natuna
Bumidaya Plaza, 21st Floor
Jl. Imam Bonjol No. 61
Jakarta 10310, Indonesia

RE:   **PT Jawa Tirtamarin vs.**
      **PT Pertalahan Arnebatara Natuna**
      Southern District of New York
      Docket No.: 07 Civ 6837
      Your File: Please Advise
      Our File: 29582-JAS/CMP
      - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dear Sirs:

We are New York Attorneys representing PT Jawa Tirtamarin in a Maritime Attachment and Garnishment action in the Southern District of New York. Pursuant to a Verified Complaint filed by the plaintiff, and a Rule B Attachment Order issued by the Southern District on July 30, 2007, Citibank has recently (August 9, 2007) restrained an EFT bearing funds on behalf of PT Pertalahan Arnebatara Natuna. The amount of this attachment is $85,000.00. Should you seek to vacate this attachment, you must petition the court.

We enclose herewith for your reference:

(1) Summons and Complaint

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300 Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515 Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274 Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Of Counsel:
Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 859-4910 Fax: (916) 859-4911

PT Pertalahan Arnebatara Natuna
August 10, 2007
Page Two

      (2) Rule B Order

      (3) Process of Maritime Attachment and Garnishment

Please be guided accordingly.

                Very truly yours,

                HILL RIVKINS & HAYDEN LLP

                *Andrew R. Brown*

ARB/mc           Andrew R. Brown
Enclosures
29582\001 PAN



**Invoice Summary Aug 27, 2007**

**FedEx Express Services**

Transportation Charges 28.25
Base Discount -9.40
Special Handling Charges 2.54
Total Charges $21.39
USD

**Billing Address:**
HILL RIVKINS & HAYDEN LLP
STEVE VANGEL
45 BROADWAY FL 15
NEW YORK NY 10006-3793

**Invoice Questions?**
Contact FedEx Revenue Services
Phone: (800) 622-1147 M-F 7-6 (CST)
Fax: (800) 548-3020
Internet: www.fedex.com

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-125-89624 | Aug 20, 2007 | 0100-5849-0 | 4 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

Dropped off: Aug 10, 2007   Cust. Ref.: NO REFERENCE INFORMATION   Ref. #2: 29582
Payor: Shipper   Ref. #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.

| | | | | |
|---|---|---|---|---|
| Tracking ID | 845995640469 | **Sender** | **Recipient** | |
| Service Type | FedEx Intl Priority | ANDREW R BROWN ESQ | PT PERTALAHAN ARNEBATARA NATUNA | |
| Package Type | FedEx Pak | HILL RIVKINS HAYDEN LLP | BUMIDAYA PLAZA 21ST FLOOR | |
| Orig./Dest. | AYZ/JKT | 45 BROADWAY FL 15 | Jl IMAN BONJOL NO 61 | |
| Zone | J | NEW YORK NY 10006-3793 US | JAKARTA 10310 ID | |
| Packages | 1 | | | |
| Rated Weight | 0.8 lbs | | | |
| Delivered | Aug 13, 2007 16:28 | | | |
| Signed by | .ADE RIYANTI | | | |
| FedEx Use | G2641/US0010/_ | Transportation Charge | | 56.00 |
| Customs | | Fuel Surcharge | | 7.84 |
| Entry Date | Aug 11, 2007 | **Total Transportation Charges** | USD | **$63.84** |

| | | |
|---|---|---|
| **Shipper Subtotal** | USD | **$63.84** |
| **Total FedEx Express** | USD | **$63.84** |