**Kevin McGee**

```
 Debit Party                        | Debit Party Source
PAY                                 | TRN
         CHIPS                      |
DB:                                 | 1      ███████████
         ███████                    |
                                    |        BNIAIDJA
         BANK NIAGA, PT             |
                                    |
         NIAGA TOWER 10TH FLOOR     |
                                    |
         JL. JEND. SUDIRMAN KAV 58  |
                                    |
         JAKARTA 12190, INDONESIA   |
                                    |
 Ordering Customer                  | Ordering Customer Source
ORG:                                | 2
                                    | Name:
         ███████████                |         PERTALAHAN ARNEBATAR
                                    | Addr 1:
         PERTALAHAN ARNEBATAR       |         BUMI DAYA PLAZA LANTAI
                                    |         23
         BUMI DAYA PLAZA LANTAI 23  | Addr 2:
                                    |         JL. IMAM BONJOL NO. 61
         JAKARTA PUSAT              | Addr 3:
                                    |         JAKARTA PUSAT
                                    |
 Ordering Bank                      | Ordering Bank Source
OGB:                                | 3
                                    | Name:
                                    | Addr 1:
                                    | Addr 2:
                                    | Addr 3:
TYP PMT                             |
DR ADV                              | COM  0
         CHG        PTR             |        DR AMT2     0       GLA
DB                                  | DB
```

1

```
               ********** NONE                         ********** NONE
               **********                              **********
 SI                                    |  SI
                                       |
                                       |
                                       |
---------------------------------------+---------------------------------------
                                       |
 Credit Party                          |  Credit Party Source
 PAY                                   |  TRN
        CHIPS                          |
 CP:                                   |  4
        [REDACTED]                     |        BEXIIDJA
                                       |
        WACHOVIA BANK, N.A.-NEW        |
        YORK                           |
                                       |
        11 PENN PLAZA, 4TH FLOOR       |
                                       |
        NEW YORK, NEW YORK 10001       |
                                       |
---------------------------------------+---------------------------------------
                                       |
 Account With Party                    |  Account With Party Source
 BBK:                                  |        [REDACTED]
                                       |  5
        BANK EKSPOR INDONESIA PT       |     ATTN. INTAN APRIADI - CORPORATE
        JAKARTA STOCK EXCHANGE BLDG,   |     2 DIVISION
        TOWER                          |
        JI JEND. SUDIRMA, KAV 52-53    |
        JAKARTA, INDONESIA             |
---------------------------------------+---------------------------------------
                                       |
 Beneficiary                           |  Beneficiary Source
 BNF:                                  |  6
                                       |
        [REDACTED]                     |
                                       |
        ATTN. INTAN APRIADI            |
         CORPORATE                     |
                                       |
        2 DIVISION                     |
```

```
SWIFT 21:


AMT     1,090,515.00
   FUNDS   S
                        ASN ▓▓▓
                                  M
                                  S
                                  G
                                  T
                                  Y
                                  P
                                  E
                                  1
                                  0
                                  3
                              DET OF
                              CHGSOUR

    ADJ XREF
                                  S
                                  T
                                  A
                                  T
                                  U
                                  S
                                  W
                                  a
                                  i
                                  t
                                  S
                                  e
                                  r
                                  v
                                  i
                                  c
                                  e


   1; INSERT: ▓▓▓
                                  D
                                  |
                                  O
                                  R
                                  G
                                  I
                                  N
                                  :
                                  2
                                  0
                                  0
                                  7
                                  /
                                  1
                                  0
                                  /
                                  1
                                  1
                              D
```

```
  |                          A|
                              |
                         O|
                              |
  M| VERIFY: 000000            |
                              T|
                              V|
                              A|
                              L|
                              U|
                              E|
                              :|
                              2|
                              0|
                              0|
                              7|
                              /|
                              1|
                              0|
                              /|
                              1|
                              1|
                         C|
                              |
                              |
  E                           E|
                              |
                         S|
                              |
  S: FD RLS: 000000            |
                              S|
                              D|
                              R|
                              V|
                              A|
                              L|
                              :|
                              2|
                              0|
                              0|
                              7|
                              /|
                              1|
                              0|
                              /|
                              1|
                              1|
```