UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PT JAWA TIRTAMARIN, Plaintiff, -V- PT PERTALAHAN ARNEBATARA NATUNA Defendants. | CERTIFICATE OF MAILING 07 CIV 6837 (HB) |

OCT 16 2007
S.D. OF N.Y.

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**16th day of October, 2007**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**30th day of July, 2006**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number

**8636 3996 6115**

_J. Michael McMahon_
CLERK

Dated: New York, NY



# HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699   e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

October 16, 2007

BY HAND

Mr. J. Michael McMahon
Clerk of Court
United States District Court

[FedEx International Air Waybill form follows]