Track Shipments/FedEx Kinko's Orders                              ? Quick Help
# Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 863639966115 | **Reference** | 29582-JAS |
| **Signed for by** | .RIDA | **Destination** | JAKARTA ID |
| **Ship date** | Oct 16, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Oct 22, 2007 11:04 AM | **Service type** | Priority Envelope |
| | | **Weight** | 0.7 lbs. |

**Status**  Delivered

**Signature image available**  No

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 22, 2007 | 11:04 AM | **Delivered** | JAKARTA ID | |
| | 7:44 AM | On FedEx vehicle for delivery | JAKARTA ID | |
| Oct 20, 2007 | 1:49 PM | At local FedEx facility | JAKARTA ID | |
| | 1:02 PM | Delivery exception | JAKARTA ID | Holiday - Business closed |
| Oct 19, 2007 | 3:38 PM | At local FedEx facility | JAKARTA ID | |
| | 2:49 PM | Delivery exception | JAKARTA ID | Holiday - Business closed |
| | 12:56 PM | At local FedEx facility | JAKARTA ID | |
| | 10:44 AM | Int'l shipment release | CENGKARENG ID | |
| | 10:06 AM | In transit | CENGKARENG ID | Package available for clearance |
| | 9:28 AM | At dest sort facility | JAKARTA ID | |
| | 2:41 AM | Departed FedEx location | SUBIC BAY FREEPORT PH | |
| | 1:24 AM | Arrived at FedEx location | SUBIC BAY FREEPORT PH | |
| Oct 17, 2007 | 11:28 AM | Departed FedEx location | ANCHORAGE, AK | |
| | 6:46 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 3:30 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 12:52 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| | 12:04 AM | Departed FedEx location | NEWARK, NJ | |
| Oct 16, 2007 | 10:06 PM | Left origin | NEW YORK, NY | |
| | 8:20 PM | Picked up | NEW YORK, NY | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your Name: [         ]            Your E-mail Address: [         ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [         ] | English ▼ | ☐ | ☐ |
| [         ] | English ▼ | ☐ | ☐ |
| [         ] | English ▼ | ☐ | ☐ |
| [         ] | English ▼ | ☐ | ☐ |

**Select format:** ● HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these **Terms and Conditions**

Submit