UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PT JAWA TIRTAMARIN,                 :
                                         Index No.:

    Plaintiff,                      :   **07 CV 6837(HB)**

 - Against -                        :

PT PERTALAHAN ARNEBATARA NATUNA     :   **CLERK'S CERTIFICATE OF DEFAULT**

    Defendants.                     :

                                        :
------------------------------------X

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on July 30, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant PT Pertalahan Arnebatara Natuna on October 22, 2007 by FedEx courier, said process issuing from the Clerk's Office, and proof of such service in the form of a Clerk's Certificate of Mailing thereof was filed on October 16, 2007, and in addition the defendant PT Pertalahan Arnebatara Natuna was served with the summons and complaint by hand delivery on November 2, 2007, process being accepted by Mr. Taufik Karmadi, a legal officer of the defendant, and that proof of such service was filed on December 5, 2007.

    I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
        Dec 6, 2007

                                      J. MICHAEL MCMAHON
                                      Clerk of the Court

                              By: _____
                                      Deputy Clerk

**Christopher M. Panagos**

From: Christopher M. Panagos
Sent: Thursday, December 06, 2007 2:02 PM
To: 'Taufik Karmadi'
Subject: RE: Case 1:07-cv-06837-HB PT Jawa Tirtamarin v. PT Pertalahan Arnebatara Natura

  

clerk cover letter.pdf (36 KB)...   affidavit.pdf (340 KB)   draft certificate.pdf (34 KB)

Mr. Karmadi:

Please see the attached letter to the Clerk of Court, Affidavit and Request for Entry of Default, and draft Clerk's Certificate of Default.

Very truly yours,
Christopher Panagos

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
tel: 212-669-0600
fax: 212-669-0699/0698

1

**Christopher M. Panagos**

| | |
|---|---|
| From: | Taufik Karmadi [taufik@bhm-corp.com] |
| Sent: | Thursday, December 06, 2007 11:49 PM |
| To: | Christopher M. Panagos |
| Subject: | Read: Case 1:07-cv-06837-HB PT Jawa Tirtamarin v. PT Pertalahan Arnebatara Natura |

ATT1720371.txt
(258 B)

```
        This is a receipt for the mail you sent to
"Taufik Karmadi" <taufik@bhm-corp.com> at 07/12/2007 2:02

This receipt verifies that the message has been displayed on the recipient's computer at
    12/2007 11:49
```

1