*JAMES A. SAVILLE, JR. (JS-4835)*
*CHRISTOPHER M. PANAGOS (CP-2199)*
*HILL RIVKINS & HAYDEN LLP*
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600


*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
- - - - - - - - - - - - - - - - - -X
PT JAWA TIRTAMARIN,                          :
                                                    Index No.:
              Plaintiff,                     :      **07 CV 6837(HB)**

       - **Against** -                       :

PT PERTALAHAN ARNEBATARA NATUNA              :   **CERTIFICATION OF**
                                                 **THOMAS Y.P. SIM**
              Defendants.                    :

                                             :
- - - - - - - - - - - - - - - - - -X


       I Thomas Y.P. Sim, hereby certify as follows:


1.     I am associate director of the law firm Engelin Teh Practice LLC with offices in Singapore and I am an advocate and solicitor duly licensed to practice in Singapore. I represent the plaintiff PT Jawa Tirtamarin with regard to disputes with the defendant PT Pertalahan Arnebatara Natuna.

2.  More specifically, I represented PT Jawa Tirtamarin in an arbitration conducted before the Singapore International Arbitration Centre, in accordance with the contract between the parties.

3.  Attached hereto as Exhibit 1 is a true and correct copy of the arbitration award in favor of PT Jawa Tirtamarin and against PT Pertalahan Arnebatara Natuna rendered on July 13, 2007 by the sole arbitrator appointed by the Singapore International Arbitration Centre, Mr. Toh Kian Sing SC.

I hereby certify under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: Singapore
January 8th, 2008

THOMAS Y.P. SIM