UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case 1:07-cv-06837-HB   Document 19   Filed 04/08/2008   Page 1 of 2

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

PT JAWA TIRTAMARIN,

    Plaintiff,

vs.

PT PERTALAHAN ARNEBATARA NATUNA,

    Defendant.

**ORDER OF DEFAULT JUDGMENT**

Index No.: 07-CV-6837 (HB)

This matter having come before the Court on the motion of Plaintiff PT JAWA TIRTAMARIN for a default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure and it appearing that Defendant was served with a copy of the Summons and Verified Complaint, and the Defendant having neither answered, appeared or otherwise moved with respect to the Verified Complaint, and the time for answering the Verified Complaint having expired, and for good cause shown, it is hereby: + this order will be served on the Δ by certified mail.

ORDERED, ADJUDGED AND DECREED:

1. That the duly rendered and certified Arbitration Award (Award No. 18 of 2007) issued by the Singapore International Arbitration Centre on July 13, 2007 in favor of Plaintiff and against Defendant is hereby recognized and entered as a Judgment of this Court

2. That Plaintiff have Judgment against Defendant PT PERTALAHAN ARNEBATARA NATUNA in the amount of $905,103.73.

3. That Garnishee Citibank shall turn over the funds of Defendant PT PERTALAHAN ARNEBATARA currently under attachment totaling $85,000.00 to Plaintiff's counsel, or

distribute said funds at the instructions of Plaintiff's counsel, forthwith;

    4. That Garnishee Bank of New York Mellon turn over the funds of Defendant PT PERTALAHAN ARNEBATARA currently under attachment totaling $820,103.73 to Plaintiff's counsel, or distribute said funds at the instructions of Plaintiff's counsel, forthwith.

*The Clerk is instructed to close this case & remove it from my docket.*

Dated: New York, New York
~~February ___, 2008~~
April 8, 2008

_____
Harold Baer
U.S.D.J.

2