*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
- - - - - - - - - - - - - - - - - -X
PT JAWA TIRTAMARIN,                     :
                                         Index No.:
        Plaintiff,              :    **07 CV 6837(HB)**

     **- Against -**                 :

PT PERTALAHAN ARNEBATARA NATUNA         :    **AFFIDAVIT OF**
                                            **SERVICE BY MAIL**
        Defendants.             :

- - - - - - - - - - - - - - - - - -X

State of New York   )
                    )   ss.:
County of New York  )

    The undersigned, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Hazlet, New Jersey.  That on the 14th day of April, 2008, I served the Judgment in favor of Plaintiff PT Jawa Tirtamarin by Federal Express International and by Registered Mail Return Receipt Requested addressed to the following person at the last known address set forth after each name:

        PT PERTALAHAN ARNEBATARA NATUNA
        BUMIDAYA PLAZA, 21ST FLOOR
        Jl. IMAM BONJOL NO. 61
        JAKARTA 10310, INDONESIA
        ATTN:  MR. TAUFIK KARMADI

    I attach hereto the pertinent mailing receipts.

                                                  _____
                                                  Donna Somma

Sworn to before me this
16th day of April, 2008

_____
Notary Public
ROBERT BLUM
Notary Public, State Of New York
No.01BL4914091
Qualified In Kings County
Certificate Filed In New York County
Commission Expires December 7, 2011

**Registered No.** RB860832317US

**Date Stamp**

0005

20

04/14/08

| To Be Completed By Post Office | | |
|---|---|---|
| Reg. Fee $9.46 $10.15 | | |
| Handling Charge $ $0.00 | Return Receipt $2 $2.15 | |
| Postage $ 1 $0.90 | Restricted Delivery $ $0.00 | |
| Received by | | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance

☑ Without Postal Insurance

**To Be Completed By Customer (Please Print)**
**All Entries Must Be in Ballpoint or Typed**

| | |
|---|---|
| FROM | HILL RIVKINS + HAYDEN LLP<br>10075 BROADWAY 15th FL<br>NEW YORK, NY 10006<br>USA |
| TO | PT PERTALAHAN ARNEBATARA<br>NATUNA BUMIDAYA PLAZA (ID Indonesia)<br>21st FLOOR, Jl. IMAM BONJOL<br>NO 61 JAKARTA 10310, INDONESIA |

PS Form **3806**, June 2002 **Receipt for Registered Mail** *Copy 1 - Customer (See Information on Reverse)*

For delivery information, visit our website at *www.usps.com*®

**FedEx International Air Waybill**

Waybill number: /0015/0025/0035201177

**1 From**

Date: 4/14/08
Sender's FedEx Account Number: 0100-5847-0
Sender's Name: Christopher M. Panagos
Phone: 212 669-0600
Company: HILL RIVKINS & HAYDEN LLP
Address: 45 BROADWAY FL 15
City: NEW YORK
State/Province: NY
ZIP/Postal Code: 10006-3793
Country: US

**2 To**

Recipient's Name: Mr. Taufik Karmadi
Company: PT Pertalahan Arnebatara Natuna
Address: Bumidaya Plaza, 21st Floor
Address: Jl. Imam Bonjol No. 61
City: Jakarta
Country: Indonesia
ZIP/Postal Code: 10310

**3 Shipment Information**

Total Packages: 1
Commodity Description: Business letter
Country of Manufacture: USA
Value for Customs: $1.00
Total Declared Value for Carriage: $1.00
Total Value for Customs: $1.00

**4 Express Package Service**

[X] FedEx Intl. Priority

**5 Packaging**

[X] FedEx Envelope

**7a Payment** Bill transportation charges to:
[X] Sender

**7b Payment** Bill duties and taxes to:
[X] Sender

**8 Your Internal Billing Reference**
29582-CMP

**9 Required Signature**
Signature: Christopher M. Panagos

FedEx Tracking Number: 8605 9883 5544

Form ID No.: 521 0402