*JAMES A. SAVILLE, JR. (JS-4835)*
*CHRISTOPHER M. PANAGOS (CP-2199)*
*HILL RIVKINS & HAYDEN LLP*
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
- - - - - - - - - - - - - - - - - -X
PT JAWA TIRTAMARIN,                  :
                                              Index No.:
           Plaintiff,                :        **07 CV 6837(HB)**

    - **Against** -                  :

PT PERTALAHAN ARNEBATARA NATUNA      :        **DECLARATION OF**
                                              **CHRISTOPHER M. PANAGOS**
           Defendants.               :        **OF E-MAIL SERVICE**

- - - - - - - - - - - - - - - - - -X

State of New York   )
                    )   ss.:
County of New York  )

   I, Christopher M. Panagos, hereby declare under penalty of perjury under the laws of the United States of America as follows:

   1.   I am not a party to this action, am an attorney with the law firm Hill Rivkins & Hayden LLP, 45 Broadway, New York, New York 10006, and am admitted to practice before this Court.

   2.   On April 14, 2008, I served a copy of the Judgment in favor of plaintiff PT Jawa Tirtamarin and against defendant PT

Pertalahan Arnebatara Natuna in the amount of U.S. $905,103.73 upon the defendant PT Pertalahan Arnebatara Natuna via e-mail, with delivery confirmed via the annexed delivery receipt.

I hereby affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  New York, New York
        April 16, 2008

*Christopher M Panagos*
_____
Christopher M. Panagos

**Christopher M. Panagos**

From: Christopher M. Panagos
Sent: Monday, April 14, 2008 5:33 PM
To: 'Taufik Karmadi'
Subject: PT Jawa Tirtamarin v. PT Pertalahan Arnebatra Natuna; Southern District of New York Docket No. 07-cv-6837 (HB)

Dear Sirs:

Please see attached letter and Judgment of the Court dated April 8, 2008, entered April 10, 2008.

Very truly yours,
Christopher Panagos

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
tel: 212-669-0600
fax: 212-669-0699/0698

4/14/2008

## Christopher M. Panagos

| | |
|---|---|
| From: | postmaster@hillrivkins.com |
| Sent: | Monday, April 14, 2008 5:33 PM |
| To: | Christopher M. Panagos |
| Subject: | Delivery Status Notification (Relay) |

ATT04560.txt (223 PT Jawa Tirtamarin
    B)         v. PT Perta...

This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested delivery status notifications may not be generated by the destination.

    kaulik@bhm-corp.com

1