Advokat & Penasehat Hukum

# IMAM WESTANTO P. SH.
## & REKAN

Jl. Mabes TNI No. 1, Cilangkap, Jakarta Timur 13870
Phones : (021) 844 7901 – 03; Fax : (021) 8441780

**JAMES A. SAVILLE, JR. (JS-4835)**
**CHRISTOPHER M. PANAGOS (CP-2199)**
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------X
PT JAWA TIRTAMARIN,

        Plaintiff,

  - Against -

PT PERTALAHAN ARNEBATARA NATUNA

        Defendants.
---------------------------------------X

Index No.:
**07 CV 6837 (HB)**

**DECLARATION OF**
**IMAM WESTANTO P., SH.**
**OF SERVICE OF PROCESS**

Jakarta     )
            ) ss.:
Indonesia  )

I, Imam Westanto P., SH., Hereby declare under penalty of perjury under the laws of the United States of America and 28 U.S.C. § 1746 as follows:

1. I am not a party to this action, am over 18 years of age, reside at Jakarta, and am an attorney with the law firm Imam Westanto P., SH & Rekan, Jakarta, Indonesia.

2. I am fluent in the English language and fully competent to make this declaration herein.

3. On April 30th 2008, I made service upon PT Pertalahan Arnebatara Natuna, at its office located at Sudirman Plaza Indofood Tower 18th Floor, Jend. Sudirman Street Kav. 76-78 Jakarta 12910, Indonesia, a true and correct copy of annexed

1

Order of Default Judgment, Index No.07-CV-6837 (HB) by personal delivery of said document to the hands of Ade, the receptionist of the corporation authorized to accept service.

4. Attached hereto as Exhibit A is a true and correct copy of an "Acceptance Letter" acknowledging service and which is sign by Ade, receptionist of PT Pertalahan Arnebatara Natuna, and countersigned by myself.

5. Personal service on the defendant is an acceptable method of service under Indonesian law.

I hereby affirm under the penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Jakarta, May 2nd 2008

**IMAM WESTANTO P., SH.**