Advokat & Penasehat Hukum

# IMAM WESTANTO P. SH.
# & REKAN

Jl. Mabes TNI No. 1, Cilangkap, Jakarta Timur 13870
Phones : (021) 844 7902 – 03: Fax : (021) 8441780

## ACCEPTANCE LETTER

Accepted From   : Mr. Imam Westanto P., SH

File            : - 1 (One) Sheet Document Photocopy of "Order of Default Judgment, Index No. 07-CV-6837 (HB)".

Sent to         : Mr. Taufik Karmadi
                  Legal Officer
                  PT. Pertalahan Arnebatara Natuna
                  Sudirman Plaza Indofood Tower 18th Floor
                  Jl. Jend. Sudirman Kav. 76-78
                  Jakarta – 12910
                  Indonesia

Jakarta,   April 2008                               Jakarta, 30 April 2008
Accepted by PT Pertalahan Arnebatara Natuna         Sender,

*Ade*                                               *[signature]*

(........30-04-08................)                  (Imam Westanto P., SH)
Name & Stamp